W. SCOTT QUINLAN, #101269
Attorney at Law
2333 Merced Street
Fresno, CA 93721
(559) 442-0634
(559) 233-6947

Attorney for Defendant, MARIO FRANCO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>MARIO FRANCO,<br><br>Defendant. | Case No CRF-08-0265 AWI<br><br>**DEFENDANT MARIO FRANCO'S EX PARTE APPLICATION FOR AN ORDER PREVENTING THE GOVERNMENT FROM DESTROYING MARIJUANA EXHIBITS UNTIL FURTHER ORDER**<br><br>COURT:    Honorable Anthony W. Ishii |

**APPLICATION**

Defendant, Mario Franco, applies to this Court for an order prohibiting the government from destroying item #'s 9, 30A-30Z, 35-35C, 36, 40, 40A-40F, 41, 42, 44, 44A, 50, 51, 70, 71, 100, 101, and 102, all marijuana exhibits set forth in discovery, in the above-captioned case seized from 2340 Algehro Dr., Delano, Ca 93215 on August 4, 2008.

Defendant requests that this evidence be preserved until the defense has had an opportunity to examine it and weigh it.

Dated:  September  19, 2008              Respectfully submitted,


                                          /s/ W. Scott Quinlan
                                         W. Scott Quinlan, Attorney for
                                         Defendant, MARIO FRANCO

ORDER

Upon reviewing the ex parte application of Defendant Mario Franco, and good cause appearing therefore;

IT IS HEREBY ORDERED that Item #'s 9, 30A-30Z, 35-35C, 36, 40, 40A-40F, 41, 42, 44, 44A, 50, 51, 70, 71, 100, 101, and 102 in the above-captioned case seized from 2340 Algehro Dr., Delano, Ca 93215 on August 4, 2008 shall not be destroyed until further order of this court.

IT IS SO ORDERED.

**Dated:   September 22, 2008**          /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE